JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>    Plaintiff,<br><br>v.<br><br>BIG 5 CORP. dba BIG 5 SPORTING GOODS #185,<br><br>    Defendant.<br>_____ / | Case No. 2:12-cv-00500-MWF-SP<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL |

    Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Chris Kohler and defendant Big 5 Corp.,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: July 27, 2012

_____
Hon. Michael W. Fitzgerald
United States District Judge